IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-mj-00143-KAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TEAK TY BROCKBANK,

    Defendant.                                   *Filed Under Restriction Level 2*

---

**BRIEF IN SUPPORT OF MOTION TO RESTRICT CRIMINAL COMPLAINT (DOC. 1)**
---

    The United States of America, by and through the undersigned Assistant United States Attorney for the District of Colorado, hereby files this Brief in Support of the Motion to Restrict Criminal Complaint (Doc. 1) and any attachments, as follows:

    The Court has authority to restrict documents upon a showing of compelling reasons.  *See* D.C.COLO.LCrR 47.1(A).  Restriction of this document, the Criminal Complaint (Doc. 1), and associated documents is appropriate under D.C.Colo.LCrR 47.1 for the following reasons and as further outlined below:

    1) the interests stated herein outweigh the presumption of public access;

    2) redaction is necessary to protect information about the victims in this case from public access once the arrest warrant associated with the Criminal Complaint is executed, as the complaint application names the victims in true name instead of by initials or otherwise anonymized information;

    3) only restricted access will adequately protect the interests in question; and

1

4) the government proposes that the redacted complaint and application attached to this Motion be placed on the docket (which will be public upon execution of the arrest warrant associated with the Criminal Complaint) to replace the current version.

Accordingly, the government moves that the Court restrict this document, the Criminal Complaint (Doc. 1), and any associated documents, to Level 2, which will make this document viewable to the defendant, defense counsel, government counsel, and the Court only. The government further moves that the redacted complaint and application (Doc. XXX) be made part of the regular docket, which is restricted until execution of the arrest warrant associated with the Criminal Complaint but will become public upon such execution.

Respectfully submitted on August 9, 2024.

>MATTHEW T. KIRSCH
>Acting United States Attorney
>
>By: *s/Cyrus Y. Chung*
>CYRUS Y. CHUNG
>Assistant U.S. Attorney
>1801 California Street, Suite 1600
>Denver, Colorado 80202
>Telephone: 303-454-0100
>Email: cyrus.chung@usdoj.gov
>Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on August 9, 2024, I electronically filed the foregoing **Brief in Support of the Motion to Restrict Criminal Complaint (Doc. 1)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

By: *s/Stephanie Price*
Stephanie Price
Legal Assistant
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100