AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:35 am, Aug 26, 2024
JEFFREY P. COLWELL, CLERK

United States of America
v.
Teak Ty Brockbank

Defendant

Case No.   24-mj-00143-KAS

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Teak Ty Brockbank,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c), Threats in Interstate Commerce

Date: 7/26/2024

*Issuing officer's signature*

City and state:   Denver, Colorado

Hon. Kathryn A. Starnella, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 7/26/2024, and the person was arrested on *(date)* 8/23/2024
at *(city and state)* Cortez, Colorado

Date: 8/23/2024

Amy E. Meyer
*Arresting officer's signature*

Amy E. Meyer, Special Agent
*Printed name and title*