# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge James M. Candelaria

| | |
|---|---|
| **Date:** August 26, 2024 | **Probation/Pretrial:** Tanairi Fontes by VTC |
| **Secretarial Assistant:** Patricia I. Berg FTR | **Interpreter:** |

**Criminal Case No.:** 24-MJ-00143-KAS

**UNITED STATES OF AMERICA,**

                                      Jonathan Jacobson, AUSA

      **Plaintiff,**

v.

**1. TEAK TY BROCKBANK,**        **Counsel:** David Kraut by VTC

      **Defendant.**

## COURTROOM MINUTES - INITIAL APPEARANCE

**Court in Session:** 12:00 p.m.

Court calls case and appearances entered.
Defendant present in custody with Counsel who appears by video.
Defendant advised of all rights, charges and possible penalties.
Defendant has completed a Financial Affidavit and requests Court appointed counsel

**ORDERED:**
- **The Court finds Defendant is eligible for Court appointed counsel and orders counsel be appointed to represent the Defendant in this matter.**

Government seeks detention.

**ORDERED:**
- Detention and preliminary hearings are scheduled for August 28, 2024 at 12:00pm. before Magistrate Judge James M. Candelaria in Durango, Colorado.
- Defendant is remanded to custody of U. S. Marshal.

Hearing Concluded
**Court in Recess:** 12:12 p.m.
Time: 12 Minutes