**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge James M. Candelaria**

| | |
|---|---|
| **Date:** August 28, 2024 | **Probation/Pretrial:** Angela Loveless by VTC |
| **Secretarial Assistant:** Patricia I. Berg<br>FTR in Durango, Colorado | **Interpreter:** |

**Criminal Case No.:** 24-MJ-00143-KAS

**UNITED STATES OF AMERICA,**

Jonathan Jacobson, AUSA

**Plaintiff,**

v.

**1. TEAK TY BROCKBANK,**              Counsel: Joshua Lilley
**Defendant.**

### COURTROOM MINUTES –PRELIMINARY AND DETENTION HEARINGS

**Court in Session:** 3:27 p.m.

Court calls case and appearances entered.
Defendant present in custody with Counsel.

Defense Counsel asks for a 5 day continuance of today's hearing for reasons as stated on the record.
Government objects to continuance but defers to Court's decision.

**ORDERED:**

- Preliminary and Detention hearings are continued to September 3, 2024 at 3:30 p.m. before Magistrate Judge James M. Candelaria in Durango, Colorado.
- The Federal Public Defender's Office has been appointed in this case, and if a conflict exists, they are to ensure a CJA panel attorney's in-person presence on September 3, 2024.

- Defendant remanded to custody of U. S. Marshal

Hearing Concluded
**Court in Recess: 3:52 p.m.**
Time: 25 Minutes